IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARSHAD CHOWDHURY,  No. C 02-02665 CRB

    Plaintiff,  **ORDER**

v.

NORTHWEST AIRLINES CORP, et al.,

    Defendants.

    Now pending before the Court is the motion for summary judgment of defendant Northwest Airlines Corporation ("NWC"), the parent corporation of defendant Northwest Airlines, Inc. NWC moves for summary judgment on the ground that plaintiff cannot produce evidence sufficient to support a finding that NWC is directly liable or liable as the alter ego of its subsidiary, defendant Northwest Airlines, Inc. After considering the papers filed by the parties the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and DENIES defendant's motion without prejudice to it being renewed after plaintiff has had an adequate opportunity to take discovery.

    At the request of defendants all discovery in this action was stayed until December 2002. On February 7, 2003, all the parties, including defendant NWC, stipulated to a discovery cut-off of December 2003. One week later NWC filed the pending motion for summary judgment. As plaintiff has not had an adequate opportunity to conduct discovery,

NWC's motion is denied. The Court expects that if discovery does not produce evidence suggesting that NWC is liable plaintiff will voluntarily dismiss NWC eliminating the need for NWC to file a motion for summary judgment.

**IT IS SO ORDERED.**

Dated: April 4, 2003

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE