IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARSHAD CHOWDHURY,　　　　　　　　　　　　No. C02-02665 CRB

　　　　Plaintiff,　　　　　　　　　　　　　　　　　　**ORDER**

　v.

NORTHWEST AIRLINES CORP,

　　　　Defendant.
_____/

Upon representations of the parties that a notice of bankruptcy has been filed in this matter and GOOD CAUSE APPEARING THEREFOR:

　　　　There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

　　　　Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

　　　　**IT IS SO ORDERED.**

Dated:   October 5, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE